[No. 28113-9-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH KUNST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04023-7, Frederick W. Fleming, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Seinfeld, J.

[Nos. 28319-1-II; 28322-1-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WILLIAM DROPALSKI, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 01-1-00278-8, David R. Draper, J., entered January 16, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 28365-4-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH E. PRESTON, *Appellant*.

Appeal from judgments of the Superior Court for Lewis County, No. 01-1-00069-6, Richard L. Brosey, J., entered January 4 and 11, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28440-5-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC COLA POSEY, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 01-1-05223-5, Katherine M. Stolz and John A. McCarthy, JJ., entered January 22 and February 8, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.